GARNIK BLKHOYAN
GARNIK BLKHOYAN, IN PRO PER
15760 Ventura Boulevard, Suite 860
Encino, CA 91436
Tel: (818) 510-0091
Fax: (818) 305-6222

Attorney for Plaintiff,
GARNIK BLKHOYAN, IN PRO PER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GARNIK BLKHOYAN,<br><br>Plaintiff,<br><br>v.<br><br>JO MALONE INC., and DOES 1-25,<br><br>Defendants. | Case No. 2:20-cv-04456-PSG-E<br><br>Hon. Judge Philip S. Gutierrez<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   March 26, 2020<br>Trial Date:     None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Garnik Blkhoyan, and Defendant, Jo Malone Inc., by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety. Each party shall bear their own attorneys' fees and costs incurred herein.

Dated: May 26, 2020

GARNIK BLKHOYAN

By  /s/ Garnik Blkhoyan
    Garnik Blkhoyan
    In Pro Per

Dated: May 26, 2020

JEFFER MANGELS BUTLER & MITCHELL LLP

By  /s/ Matthew S. Kenefick
    Matthew S. Kenefick, Esq.
    Shenel Ozisik, Esq.
    Attorneys for Defendant,
    JO MALONE INC.