JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GARNIK BLKHOYAN, <br><br> Plaintiff, <br><br> v. <br><br> JO MALONE INC., and DOES 1-25, <br><br> Defendants. | Case No. 2:20-cv-04456-PSG-E <br><br> Hon. Judge Philip S. Gutierrez <br><br> [~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE <br><br> Action Filed:   March 26, 2020 <br> Trial Date:     None Set |

Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED**

Dated  June 1, 2020

Hon. Judge Philip S. Gutierrez
United States District Court Judge